UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-252-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER OF CONTINUANCE |
| | ) | |
| **SAUL GONZALEZ ANDRADE**, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Sealed Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue (#22) is **GRANTED,** this matter is continued to the next criminal term, and the Court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

This matter is continued to the March 2020 term, and the time is excluded. The time for filing pretrial motions is further **ENLARGED** by 60 days from entry of this Order.

Signed: January 14, 2020



Max O. Cogburn Jr.
United States District Judge